IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLASHIA WILLIAMS,** | : | **Civil No. 1:15-cv-0493** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF YORK, PENNSYLVANIA,** | : | |
| **and VINCENT MONTE, NICHOLAS** | : | |
| **FIGGE and TERRY SEITZ, in their** | : | **Judge Sylvia H. Rambo** |
| **individual capacities,** | : | |
| | : | |
| **Defendant.** | : | |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's motion to strike evidence not disclosed during discovery (Doc. 104) is **GRANTED**.


    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge


Dated: August 7, 2018