IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLASHIA WILLIAMS,** | Civil No. 1:15-cv-0493 |
| Plaintiff, | |
| v. | |
| **CITY OF YORK, PENNSYLVANIA, and VINCENT MONTE, NICHOLAS FIGGE and TERRY SEITZ, in their individual capacities,** | Judge Sylvia H. Rambo |
| Defendant. | |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's motion for partial summary judgment (Doc. 81) is **DENIED**. **IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (Doc. 85) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1) Defendants' motion is **GRANTED** with respect to Counts I and VIII against Defendant Vincent Monte, and Count II against Defendant City of York;

2) Defendants' motion is also **GRANTED** in that the request for punitive damages against the City of York is dismissed;

3) Defendants' motion is **DENIED** in all other respects.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: November 15, 2018