IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLASHIA WILLIAMS,** | : | **Civil No. 1:15-cv-0493** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF YORK, PENNSYLVANIA,** | : | |
| **and VINCENT MONTE, NICHOLAS** | : | |
| **FIGGE, and TERRY SEITZ, in their** | : | |
| **individual capacities,** | : | |
| | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

Based on the United States Court of Appeals for the Third Circuit's opinion, the court hereby **GRANTS** summary judgment for all Defendants on the basis of qualified immunity, **DISMISSING** all federal claims against Defendants **WITH PREJUDICE**. The Third Circuit opinion, however, provides no explanation as to the implication of its ruling on Plaintiffs' state law claims, nor does it discuss the court's ruling on state immunity. *Cf. Jenkins v. City of New York*, 478 F.3d 76, 86 & n.7 (2d Cir. 2007) ("Qualified immunity protects an official from liability under *federal* causes of action but is not generally understood to protect officials from claims based on state law.") (emphasis in original) (collecting cases).

Nevertheless, without any federal claims pending, the court has no subject-matter jurisdiction over the state law claims. It therefore will not decide that issue at this time. Instead, Plaintiffs' state law claims are hereby **DISMISSED**

**WITHOUT PREJUDICE**, in case they intend to re-file them in state court.  The

Clerk of Courts is therefore ordered to **CLOSE** this case.

*/s/ Sylvia H. Rambo*
 SYLVIA H. RAMBO
 United States District Judge

Dated: September 11, 2020